UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

ANDREW STEVEN FAULKNER,

Defendant.

3:20-cr-203-JO

MISDEMEANOR INFORMATION

18 U.S.C. § 111(a)(1)

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 5, 2020, in the District of Oregon, defendant **ANDREW STEVEN FAULKNER**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of, AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a Class A Misdemeanor.

Dated: July 6, 2020

BILLY J. WILLIAMS
United States Attorney

CRAIG J. GABRIEL, OSB # 012571
Assistant United States Attorney

Information                                                                    Page 1