Law Firm of Tara Herivel, LLC
Tara Herivel, OSB #070418
Tara@heriveldefense.com
811 SW Naito Parkway, Suite 420
Portland, Oregon 97204
Ph: (503) 893-5525
Attorney for Defendant Andrew Faulkner

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00203-JO |
| Plaintiff, | |
| v. | NOTICE OF DEFENDANT'S CONSENT TO APPEAR BY PHONE |
| ANDREW STEVEN FAULKNER, | |
| Defendant. | |

Pursuant to this Court's Standing Order 2020-12, Amended, and the CARES Act, H.R. 748, and as reflected in the attached consent, defendant Andrew Faulkner hereby consents and requests that all hearings or proceedings at which defendant's physical presence would normally be required to be conducted by phone or video teleconference, to the extent permissible and practicable.

Respectfully submitted on 11 January 2021.

/s/Tara Herivel
Tara Herivel, OSB No. 070418
Attorney for Defendant Faulkner

1 – WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO APPEAR BY PHONE OR VIDEO

## **CONSENT TO APPEAR BY PHONE AND/OR VIDEO CONFERENCE**

I, Andrew Faulkner, as the defendant in the above captioned case, after being advised by counsel of my right to be physically present during certain hearings and proceedings in this case, do hereby consent and request that those hearings and proceedings be conducted by phone or video teleconference in view of the public health concerns posed by Covid-19.

DATED:	January 11, 2021

/s/ *Andrew Faulkner*
Andrew Faulkner
Defendant
*(signature by counsel with consent)*


/s/ *Tara Herivel*
Tara Herivel, OSB #070418
Attorney for Defendant

2 – WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO APPEAR BY PHONE OR VIDEO

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com